Clerk,
U.S.Bankruptcy Court
300 Booth Street
Reno, NV 89509

RECEIVED AND FILED

10 OCT -4 PM 1:23

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Ref.: Bankruptcy Case Number 08-51131-gwz

Dear Sir/Madam,

In response to the summons dated 8/30/2010 issued by the United States Bankruptcy Court for the District of Nevada in case number Nv-08-51131-GWZ:

1. Given the general lack of progress in this proceeding, I welcome any action that helps to move this case forward.
2. I am disappointed that the complaint filed by Hartman and Hartman contains no apparent mechanism for equitable distribution of assets among all of the investors of record.
3. I do not plan to contest or defend the relief sought in this complaint.
4. I retain the right to adopt the position of the Court appointed Trustee for Cetus Mortgage, once this position is known.

Sincerely,

*[signature]*

Rajen N. Bhatt
Signed: Date:

9-29-10