


Honorable Gregg W. Zive
United States Bankruptcy Judge

**Entered on Docket**
**March 02, 2012**

___

Jeffrey L. Hartman, Esq., #001607
**HARTMAN & HARTMAN**          E-Lodged 3/1/2012
510 West Plumb Lane, Suite B
Reno, Nevada 89509
Telephone: (775) 324-2800
Facsimile: (775) 324-1818
E-mail: notices@bankruptcyreno.com

Attorneys for Plaintiffs

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>CETUS MORTGAGE, LTD.,<br><br>    Debtor.<br>_____/<br>CYNTHIA MORREY; RICHARD W. EICHHORN; MICHAEL RHOADS, as General Partner for SPRINGVILLE INVESTORS II GP and as General Partner for COUNTRY RHOADS ASSOCIATES LP; PAUL S. FEARS; STACEY NOLL FEARS; DEAN S. HAGEN as Trustee for HAGEN LIVING TRUST; IRENE J. HAGEN as Trustee for HAGEN LIVING TRUST; ELMER R. VACCHINA as Trustee for ELMER R. VACCHINA TRUST; WILLIAM H. WRIGHT as Trustee for WRIGHT FAMILY TRUST; ROSALIE M. WRIGHT as Trustee for WRIGHT FAMILY TRUST; STEVEN A. TUTTLE; NANCY R. TUTTLE; OPAL A. SMITH as Trustee of the survivor's trust under the LEONARD W. AND OPAL A. SMITH FAMILY TRUST; GEORGE M. DIXON; JANIS A. DIXON; ELSEY D. HARDEN as Trustee of HARDEN 1992 FAMILY TRUST; MARIE JEANNE HARDEN as Trustee of HARDEN 1992 FAMILY TRUST; MICHAEL | Case No. NV-08-51131-GWZ<br><br>Chapter 7<br><br><br>Adv. No. 10-05090<br><br>**ORDER APPROVING COMPROMISE AND SETTLEMENT OF DISPUTED CLAIM**<br><br>Hearing Date: February 22, 2012<br>Hearing Time: 2:00 p.m. |

|    |                                                                                           |
|----|-------------------------------------------------------------------------------------------|
| 1  | BENNING; LORI BENNING; BARBARA D. BEAL as Trustee for BARBARA D.                          |
| 2  | BEAL LIVING TRUST; HELEN L. NOLTE as Trustee for HELEN L. NOLTE LIVING                    |
| 3  | TRUST; CARY P. YOUNG; ERIN M. YOUNG; PHILIP L. GREEN; DONNA M.                            |
| 4  | GREEN; RAY P. HOGLAND as Trustee for 2002 HOGLAND TRUST; WILLIAM H.                       |
| 5  | JEPHSON as Trustee for JEPHSON FAMILY TRUST; ELEANOR J. JEPHSON                           |
| 6  | as Trustee for JEPHSON FAMILY TRUST; RANDALL R. RUCH as Trustee for                       |
| 7  | SCHUYKILL VALLEY SPORTING GOODS, INC. PROFIT SHARING PLAN;                                |
| 8  | GERALD WILLIAMS as Trustee for SCHUYKILL VALLEY SPORTING                                  |
| 9  | GOODS, INC. PROFIT SHARING PLAN; JAY SCHAEFFER, VICTOR ALAN                               |
| 10 | PERRY as Trustee for VICTOR ALAN PERRY, LLC DEFINED BENEFIT                               |
| 11 | PENSION PLAN; and SHARLENE JONES as executor for IRENE S. K. CHUN                         |
| 12 | (deceased).                                                                               |
| 13 |      Plaintiffs,                                                 |
| 14 | vs.                                                                                       |
| 15 | RONALD E. OSBORN; BRENT P. OSBORN; OSBORN DEVELOPMENT,                                    |
| 16 | CO., LLC, a Nevada limited liability company, RV & YACHT I, LLC, a Nevada                 |
| 17 | limited liability company; BILL BOOTH; LAVONE BOOTH; GENE E.                              |
| 18 | MCCLELLAND as Trustee for MCCLELLAND LIVING TRUST;                                        |
| 19 | PATRICIA L. MCCLELLAND as Trustee for MCCLELLAND LIVING TRUST;                            |
| 20 | GEORGE C. SCHUMACHER; TERRY ANNE SCHUMACHER; DUANE E.                                     |
| 21 | FLESHMAN; JOHNNIE M. FLESHMAN; STACY L. DOUTRE as custodian for                           |
| 22 | DERREK M. DOUTRE; RAJEN N. BHATT; GIENO V. MOTL; JOANNE                                   |
| 23 | TOMASIEWICZ; PEGGY LAKEY; RODGER LAKEY; WILLIAM T. HIGGS;                                 |
| 24 | JUDY E. HIGGS; KELVIN R. LAIRD; ROBERT J. FRICKE as Successor Trustee of                  |
| 25 | the FRICKE 2001 FAMILY TRUST; DARLENE LUSTER; DEBRA LYNN                                  |
| 26 | HORTON; HAZEL M. SIMMONS; MARJORIE M. JONES; CHARLES E.                                   |
| 27 | SLAVIN as Trustee for SLAVIN FAMILY REVOCABLE TRUST; PATRICIA E.                          |
| 28 | SLAVIN as Trustee for SLAVIN FAMILY                                                       |

```
 1  REVOCABLE TRUST; PETER ALBERT
    JEPHSON; ETHEL G. JEPHSON;
 2  CHARLES G. GELTZ, JR.; LOA JEAN
    GELTZ; STEPHEN F. GIES; SHARON
 3  GIES; RICHARD P. ASH as Trustee for
    RICHARD P. AND MARY L. ASH 1990
 4  FAMILY TRUST; MARY L. ASH as
    Trustee for RICHARD P. AND MARY L.
 5  ASH 1990 FAMILY TRUST; GEORGE M.
    DIXON as Trustee for DIXON ELECTRIC
 6  PENSION PLAN TRUST; JENNIFER
    HICKOK; VERONICA DORRIE as Trustee
 7  for VERONICIA DORRIE TRUST;
    JEANNE W. KEITH; RAY K. KEITH;
 8  HENRY L. CLARK as Trustee for HENRY
    L. CLARK AND ROBERTA L. CLARK
 9  1993 FAMILY TURST; ROBERTA L.
    CLARK as Trustee for HENRY L. CLARK
10  AND ROBERTA L. CLARK 1993 FAMILY
    TURST; JENNIFER R. HICKOK; C/F
11  JAMISON LEIGH LUNDEMO; CAROL E.
    PORTA as Trustee for CAROL R. PORTA
12  REVOCABLE TRUST; GAYLE
    ROBINSON; MICHAEL JOHN
13  PONTRELLI as Trustee for PONTRELLI
    FAMILY TRUST; NORMA JEAN
14  PONTRELLI as Trustee for PONTRELLI
    FAMILY TRUST; JONATHAN EDWARD
15  ARNOW as Trustee for TESSA ARNOW
    TRUST; CLYDE R. BROWN as Trustee for
16  BROWN FAMILY TRUST; SHARAN L.
    BROWN as Trustee for BROWN FAMILY
17  TRUST; CYNTHIA G. DAVIS as Trustee
    for SECONDED AMENDED CYNTHIA G.
18  DAVIS LIVING TRUST DATED JULY 1,
    2004; TRACE W. GEIL; MARY A.
19  GIANNOTTI as Trustee for GIANNOTTI
    FAMILY BYPASS TRUST CREATED
20  UNDER THE GIANNOTTI 1990
    REVOCABLE TRUST DATED OCTOBER
21  23, 1990; BEVERLY WALLACE; LOIS G.
    ROBINSON; JOHN R. LINDELL as Trustee
22  for LINDELL'S PAINTING SERVICE
    MONEY PURCHASE PENSION PLAN
23  AGREEMENT; BARBARA A. LINDELL as
    Trustee for LINDELL'S PAINTING
24  SERVICE MONEY PURCHASE PENSION
    PLAN AGREEMENT; SHERRI KEY as
25  Trustee for LINDELL'S PAINTING
    SERVICE MONEY PURCHASE PENSION
26  PLAN AGREEMENT; ANGELIQUE
27
28
```

Hartman & Hartman
510 West Plumb Lane, Ste. B
Reno, Nevada 89509
(775) 324-2800

-3-

1  CLARK as Trustee for CETUS
   MORTGAGE; and STOREY COUNTY,
2  NEVADA,

3      Defendants.

4  _____/

5      The matter came before the Court on the Motion For Order Approving Settlement Of

6  Disputed Claim ("Motion") filed by Plaintiffs. Jeffrey Hartman appeared on behalf of the

7  Plaintiffs; Douglas Gerrard appeared on behalf of the following Defendants: Gene E.

8  McClelland as Trustee for McClelland Living Trust; Patricia L. McClelland as Trustee for

9  McClelland Living Trust; Duane E. Fleshman; Johnnie M. Fleshman; Stacy L. Doutre as

10 custodian for Derek M. Doutre; Rajen N. Bhatt; Gino V. Motl; Joanne Tomasiewicz; Peggy

11 Lakey; Rodger Lakey; Kelvin R. Laird; Stephen F. Gies; Sharon Gies; Richard P. Ash as

12 Trustee for Richard P. and Mary L. Ash 1990 Family Trust; George M. Dixon as Trustee for

13 Dixon Electric Pension Plan Trust; Veronica Dorrie as Trustee for Veronica Dorrie Trust;

14 Jeanne W. Keith; Ray K. Keith; Jennifer R. Hickok; Marjorie Jones; Charles E. Slavin as

15 Trustee for Slavin Family Revocable Trust; Patricia E. Slavin as Trustee for Slavin Family

16 Revocable Trust; Michael John Pontrelli as Trustee for Pontrelli Family Trust; Norma Jean

17 Pontrelli as Trustee for Pontrelli Family Trust; Cynthia G. Davis as Trustee for Second

18 Amended Cynthia G. Davis Living Trust Dated July 1, 2004; Mary A. Giannotti as Trustee

19 for Giannotti Family Bypass Trust created under the Giannotti 1990 Revocable Trust dated

20 October 23, 1990; John R. Lindell as Trustee for Lindell's Painting Service Money Purchase

21 Pension Plan Agreement; Sherri Key as Trustee for Lindell's Painting Service Money

22 Purchase Pension Plan Agreement; Beverly Wallace; Quarles G. Geltz, Jr.; Loa Jean Geltz;

23 and Darlene Luster ("Settling Defendants").

24     There were no objections to the Motion filed with the Court. As requested by

25 Plaintiffs in the Motion, the Court takes judicial notice of the papers and pleadings on file in

26 this proceeding as well as in the Cetus bankruptcy case and other adversary proceedings

27 related to Cetus which are pending in this Court. The Court is well familiar with the myriad

28 factual and legal issues surrounding the manner in which Cetus administered the various

loans it brokered, including those loans which are the subject of the underlying complaint in this adversary proceeding. Having taken judicial notice as requested by the Plaintiffs, the Court finds and concludes that:

    1. Notice of hearing on the Motion was proper and given in accordance with the applicable notice rules.

    2. The criteria for determining whether a settlement agreement should be approved by the Court, as set forth in *In re A & C Properties*, 784 F.2d 1377, 1381 (9th Cir. 1986, *cert. denied sub nom. Martin v. Robinson*, 479 U.S. 854 (1986) have been satisfied. Given the factual and legal questions of agency and other defenses as well as the likely unavailability of Marcilyn Benvin as a fact witness, it is difficult to ascertain the likelihood of success on the merits of the litigation. Moreover, due to the large number of Plaintiffs and Defendants, and based upon the expense of proceeding to trial and through possible appeals thereafter, as well as the significant delay in achieving finality, the Court concurs that approval of the settlement is in the best interest of the parties.

    3. The Court is satisfied that the *A & C Properties* criteria have been met. Good cause appearing,

**IT IS ORDERED** that the Motion For Order Approving Settlement Of Disputed Claim be, and the same hereby is, granted. The form of Settlement Agreement included in **DE 96** shall be executed by the party representatives, as necessary, and

**IT IS FINALLY ORDERED** that, should it be necessary to do so, in accordance with F.R.Civ.P. 70, made applicable to this proceeding by F.R.Bankr.P. 7070, the Clerk of the Court is authorized to execute a request for reconveyance of the deed of trust recorded May 31, 2007 in the official records of Storey County, Nevada as document 106796, as well

///
///
///
///
///

as any other document which may be necessary and appropriate in completing the terms of the Settlement.

Submitted by:

**HARTMAN & HARTMAN**

/S/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq.
Attorney for Plaintiffs

**GERRARD COX & LARSEN**

/S/ Douglas Gerrard
Douglas E. Gerrard. Esq. for
Settling Defendants

####

Hartman & Hartman
510 West Plumb Lane, Ste. B
Reno, Nevada 89509
(775) 324-2800